UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Ricky H. Chen and Amin Wu, individually and as representatives of the class,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Bank of America, N.A.,<br><br>　　　　　　Defendant. | Case No. 3:25-cv-3790-~~DMR~~ **EMC**<br><br>~~[PROPOSED]~~ ORDER ON STIPULATION TO ENLARGE DEADLINES TO COMPLETE BRIEFING ON BANK OF AMERICA'S MOTION TO DISMISS PER L.R. 6-2 |

　　　Before the Court is the Stipulation, pursuant to this Court's Local Rule 6-2, of Plaintiffs Ricky H. Chen and Amin Wu, and Defendant Bank of America, N.A., who submit this Stipulation regarding the completion of briefing and the hearing on Bank of America's pending Motion to Dismiss.

　　　Having considered the Stipulation, the record in this case, the applicable law, and the arguments of counsel, if any, the Court hereby GRANTS this stipulation.

　　　IT IS HEREBY ORDERED that Plaintiffs' opposition to Bank of America's Motion to Dismiss (Doc. No. 23) shall be due on or before August 22, 2025;

　　　that Bank of America's reply brief shall be due on or before September 12, 2025;

　　　and that the hearing on the Motion shall be continued to October __16__, 2025, at 1:30 p.m.

Dated: July __16__, 2025, San Francisco, California

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Edward M. Chen
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

1

~~[PROPOSED]~~ ORDER ON STIPULATION TO ENLARGE DEADLINES ON MOTION TO DISMISS PER L.R. 6-2