Varshini Parthasarathy (SBN 350769)
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
varshini@guptawessler.com

Jessica Garland (SBN 344535)
GUPTA WESSLER LLP
2001 K Street, NW, Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741
jessie@guptawessler.com

Andrew Guzzo (*pro hac vice*)
J. Patrick McNichol (*pro hac vice*)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
aguzzo@kellyguzzo.com
pat@kellyguzzo.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Ricky H. Chen and Amin Wu, individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America, N.A.,<br><br>Defendant. | Case No. 3:25-cv-3790-EMC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Hon. Edward M. Chen<br>Courtroom 5, 17th Floor<br>Date: October 16, 2025<br>Time: 1:30 PM |

TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that attorney for Plaintiffs, Jessica Garland, has moved to the Washington, D.C. office of Gupta Wessler, LLP. Effective immediately, please direct all future mail correspondence to:

> Gupta Wessler LLP
> 2001 K Street, NW
> Suite 850 North
> Washington, DC 20006

Respectfully submitted,

Dated: November 25, 2025

Jessica Garland (SBN 344535)
GUPTA WESSLER LLP
2001 K Street, NW, Suite 850 North
Washington, DC 20006
Telephone: (202) 888-1741
jessie@guptawessler.com

By:    /s/Jessica Garland
         Jessica Garland

*Counsel for Plaintiffs and the Proposed Class*