Michael Mugmon (SBN 251958)
WILMER CUTLER PICKERING HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Fax: (628) 235-1001
michael.mugmon@wilmerhale.com

Noah Levine (*pro hac vice*)
Cassandra Mitchell (SBN 321141)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
noah.levine@wilmerhale.com
cassie.mitchell@wilmerhale.com

John Wells (*pro hac vice*)
Benjamin Chapin (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6443
Fax: (202) 663-6363
john.wells@wilmerhale.com
benjamin.chapin@wilmerhale.com

*Counsel for Defendant Bank of America, N.A.*

Varshini Parthasarathy (SBN 350769)
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
Telephone: (415) 573-0336
Fax: (202) 888-7792
varshini@guptawessler.com

Andrew Guzzo (*pro hac vice*)
J. Patrick McNichol (*pro hac vice*)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
aguzzo@kellyguzzo.com
pat@kellyguzzo.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Ricky Chen and Amin Wu, individually and as representatives of the class,

Plaintiffs,

v.

Bank of America, N.A.,

Defendant.

Case No. 3:25-cv-3790-EMC

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BANK OF AMERICA'S TIME TO ANSWER THE AMENDED COMPLAINT PER L.R. 6-2**

Pursuant to Civil Local Rule 6-2, Defendant Bank of America, N.A., and Plaintiffs Ricky Chen and Amin Wu, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Amended Complaint (Dkt. 46) on November 19, 2025;

WHEREAS, the Court granted the parties' Stipulation to Enlarge Deadlines to Complete Briefing on Defendant's Motion to Dismiss on November 24, 2025;

WHEREAS, Defendant moved to dismiss the Amended Complaint on December 19, 2025;

WHEREAS, the Court denied Defendant's Motion to Dismiss the Amended Complaint on October 22, 2026;

WHEREAS, Defendant's answer to the Amended Complaint is currently due on November 5, 2026;

WHEREAS, Defendant has asked for, and Plaintiffs have consented to, an extension of time for Defendant to answer the Amended Complaint up to and including December 3, 2026; this represents a 4-week extension of time;

WHEREAS, the Court has recently ruled on Defendant's Motion to Dismiss the Amended Complaint and enlargement of time will ensure that Defendant can devote sufficient time and care to its Answer to the Amended Complaint;

WHEREAS, this is the first extension of time regarding Defendant's Answer to the Amended Complaint, and the fourth extension of time in this matter, after a stipulated extension of time for Defendant to file its response to Plaintiffs' Complaint (Dkt. 10), a stipulated extension of time to enlarge deadlines to complete briefing on Defendant's original Motion to Dismiss (Dkt. 31), and a stipulated extension of time to enlarge deadlines to complete briefing on Defendant's second Motion to Dismiss (Dkt. 47);

WHEREAS, this extension of time will not affect any other date already set by Court order;

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs and Defendant, pursuant to Civil Local Rule 6-2, to extend time for Defendant to answer the Amended Complaint up to and including December 3, 2026, subject to approval by the Court.

The parties respectfully request that the Court enter an Order approving this Stipulation.

Respectfully submitted,

Dated: November 4, 2026

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Noah Levine*
Noah Levine

*Counsel for Defendant Bank of America, N.A.*

Dated: November 4, 2026

KELLY GUZZO, PLC

By: /s/ *J. Patrick McNichol*
J. Patrick McNichol

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION (L.R. 5-1(i)(3))**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 4, 2026 By: /s/ *Noah Levine*
Noah Levine

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, a true and correct copy of the foregoing STIPULATED REQUEST TO EXTEND BANK OF AMERICA'S TIME TO ANSWER THE AMENDED COMPLAINT PER L.R. 6-2 was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: November 4, 2026 By: /s/ *Noah Levine*
Noah Levine