Michael Mugmon (SBN 251958)
WILMER CUTLER PICKERING HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Fax: (628) 235-1001
michael.mugmon@wilmerhale.com

Noah Levine (*pro hac vice*)
Cassandra Mitchell (SBN 321141)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
noah.levine@wilmerhale.com
cassie.mitchell@wilmerhale.com

John Wells (*pro hac vice*)
Benjamin Chapin (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6443
Fax: (202) 663-6363
john.wells@wilmerhale.com
benjamin.chapin@wilmerhale.com

*Counsel for Defendant Bank of America, N.A.*

Varshini Parthasarathy (SBN 350769)
GUPTA WESSLER LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
Telephone: (415) 573-0336
Fax: (202) 888-7792
varshini@guptawessler.com

Andrew Guzzo (*pro hac vice*)
J. Patrick McNichol (*pro hac vice*)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
aguzzo@kellyguzzo.com
pat@kellyguzzo.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Ricky Chen and Amin Wu, individually and as representatives of the class,

Plaintiffs,

v.

Bank of America, N.A.,

Defendant.

Case No. 3:25-cv-3790-EMC

**DECLARATION OF NOAH LEVINE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND BANK OF AMERICA'S TIME TO ANSWER THE AMENDED COMPLAINT PER L.R. 6-2**

I, Noah Levine, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale & Dorr LLP and counsel of record for Defendant Bank of America, N.A. in the above-captioned matter. I have been admitted *pro hac vice* to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I submit this declaration in support of the Stipulation to Extend Bank of America's Time to Answer the Amended Complaint per Civil Local Rule 6-2.

3. The parties have previously stipulated a 27-day extension of time for Bank of America to respond to Plaintiffs' Complaint, from June 5, 2025, to July 2, 2025 (Dkt. 10). The parties have also previously stipulated to extend the deadlines for Plaintiffs' response to Defendant's Motion to Dismiss the Initial Complaint and Defendant's reply in support of its Motion to Dismiss the Initial Complaint (Dkt. 31) and stipulated to extend the deadlines for briefing on Defendant's Motion to Dismiss the Amended Complaint (Dkt. 47).

4. The parties briefed Defendant's Motion to Dismiss the Amended Complaint, and the Court denied that Motion on October 22, 2026. The stipulated extension of time will ensure that Defendant's counsel can devote sufficient time and care to Defendant's Answer to the Amended Complaint.

5. The extension will not affect any other case deadlines.

6. The parties have conferred about this stipulation and are in agreement that the proposed extension is warranted to ensure fairness to all parties.

7. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in New York, New York on November 4, 2026.

/s/ *Noah Levine*
Noah Levine