**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Ricky Chen and Amin Wu, individually and as representatives of the class,

Plaintiffs,

v.

Bank of America, N.A.,

Defendant.

Case No. 3:25-cv-3790-EMC

**[PROPOSED] ORDER ON STIPULATION TO EXTEND BANK OF AMERICA'S TIME TO ANSWER THE AMENDED COMPLAINT PER L.R. 6-2**

Before the Court is the Stipulation, pursuant to this Court's Local Rule 6-2, of Plaintiffs Ricky Chen and Amin Wu, and Defendant Bank of America, N.A., who submit this Stipulation regarding Defendant's Answer to Plaintiffs' Amended Complaint.

Having considered the Stipulation, the record in this case, the applicable law, and the arguments of counsel, if any, the Court hereby GRANTS the Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant's Answer to the Amended Complaint shall be due on or before December 3, 2026.

Dated: November____, 2026, San Francisco, California

Hon. Edward M. Chen
United States District Judge